UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY HUDAK, : | |
| : | |
| Plaintiff : | No. 3:13-CV-02212 |
| : | |
| vs. : | (Judge Kane) |
| : | |
| CAROLYN W. COLVIN, ACTING : | |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| : | |
| Defendant : | |

## ORDER

**AND NOW, THEREFORE,** this 28th day of February, 2014, **IT IS HEREBY ORDERED THAT:**

1. This case is stayed until May 31, 2014, or further order of this court.

2. On or before March 31, 2014, Hudak shall file a request for an extension with the Appeals Council and provide this court with proof of the same.

3. Failure to comply with paragraph 2 of this order will result in the case being dismissed for failure to prosecute.

4. If Hudak files a request with the Appeals Council, Hudak shall file a status report regarding that request on July 1, 2014, and on the first working day of every other month thereafter (starting with September 1, 2014) until the Appeals

Council rules on the request.  Failure to file a status report will result in the case being dismissed for failure to prosecute.

                                                              s/ Yvette Kane
                                                              Yvette Kane
                                                              United States District Judge