```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA


JEFFREY HUDAK,                    :
                                  :
        Plaintiff                 :    No. 3:13-CV-02212
                                  :
    vs.                           :    (Judge Kane)
                                  :
CAROLYN W. COLVIN, ACTING         :
COMMISSIONER OF SOCIAL            :
SECURITY,                         :
                                  :
        Defendant                 :
```

## ORDER

**AND NOW, THEREFORE,** this 28th day of May, 2014, **IT IS HEREBY ORDERED THAT:**

1. Hudak on or before June 9, 2014, shall file a brief in which he shall show cause why his complaint should not be dismissed as untimely filed. Failure to file such a brief will result in the case being dismissed for failure to prosecute and abide by a court order.

2. If Hudak files a brief, the Commissioner may file an opposition brief in accordance with M.D. Pa. Local Rule 7.6.

```
                          s/ Yvette Kane
                          Yvette Kane
                          United States District Judge
```