UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY HUDAK,** | : | |
| | : | |
| Plaintiff | : | No. 3:13-CV-02212 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : : : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW, THEREFORE,** this 15th day of October, 2014, **IT IS HEREBY ORDERED THAT:**

    1. The Commissioner's motion to dismiss (Doc. 7) Hudak's complaint is granted.

    2. Hudak's complaint is dismissed as untimely filed.

    3. The Clerk of Court shall close this case.

                                s/ Yvette Kane
                                  Yvette Kane
                                  United States District Judge